Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

A&J MANUFACTURING, LLC AND A&J MANUFACTURING, INC. v. UNITED STATES INTERNATIONAL TRADE COMMISSION

No. 15-1312

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:  A&J MANUFACTURING, LLC AND A&J MANUFACTURING, INC.
                                    Name of party

I am, or the party I represent is (select one):

[✓] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name: Lance D. Reich
Law firm: MILLER NASH GRAHAM & DUNN LLP
Address: 2801 Alaskan Way, Suite 300
City, State and ZIP: Seattle, WA 98121
Telephone: 206.624.8300
Fax #: 206.340.9599
E-mail address: lance.reich@millernash.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 1995

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

Feb. 26, 2015
Date

*[Signature]*
Signature of pro se or counsel

cc: _____

123

70009190