FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

A&J MANUFACTURING, LLC AND A&J MANUFACTURING, INC.  v.  UNITED STATES INTERNATIONAL TRADE COMMISSION

No. 15-1312

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      ☑ As counsel for:    A&J Manufacturing, LLC and A&J Manufacturing, Inc.
                                    Name of party

I am, or the party I represent is (select one):

☑ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name:               Robert J. Carlson
Law firm:           LEE & HAYES PLLC
Address:            One Convention Place, 701 Pike Street, Suite 1600
City, State and ZIP: Seattle, WA  98101
Telephone:          206-315-4001
Fax #:              206-315-4004
E-mail address:     carlson@leehayes.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  11/15/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

02/26/2015                          /s/ Robert J. Carlson
_____                    _____
Date                               Signature of pro se or counsel

cc: _____

70009190